IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | MDL NO. 21-3017 (RGA) |
| BAYER INTELLECTUAL PROPERTY GMBH, BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., Plaintiffs, v. INDOCO REMEDIES LIMITED and FPP HOLDING COMPANY LLC, Defendants. | C.A. No. 23-690 (RGA) |

**STIPULATION OF DISMISSAL**

Pursuant to Rules 41(a)(l) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs Bayer Intellectual Property GmbH, Bayer Pharma AG, Bayer AG, and Janssen Pharmaceuticals, Inc. (collectively, "Plaintiffs") and Defendants Indoco Remedies Limited and FPP Holding Company LLC (collectively, "Indoco"), hereby stipulate and agree that Plaintiffs' action against Indoco and Indoco's action against Plaintiffs, including all claims and defenses asserted by Plaintiffs against Indoco and all claims and defenses asserted by Indoco against Plaintiffs, are hereby dismissed with prejudice. All parties shall bear their own costs, disbursements and attorneys' fees.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP |
| /s/ *Derek J. Fahnestock* | /s/ *Kevin M. Capuzzi* |
| Jack B. Blumenfeld (#1014)<br>Rodger D. Smith (#3778)<br>Derek J. Fahnestock (#4705)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>rsmith@morrisnichols.com<br>dfahnestock@morrisnichols.com | Kevin M. Capuzzi (#5462)<br>1313 North Market Street, Suite 1201<br>Wilmington, DE 19801<br>(302) 442-7010<br>kcapuzzi@benesch.com<br><br>*Attorneys for Defendants* |
| *Attorneys for Plaintiffs* | |

February 27, 2024

SO ORDERED this 27 day of February 2024.

                                                        /s/ Richard G. Andrews
                                          UNITED STATES DISTRICT JUDGE